JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 7 2006

FILED
CLERK'S OFFICE .

# DOCKET NO. 1596

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-58)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,128 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

ALABAMA MIDDLE
  ~~ALM 2 06-481~~                 ~~Mary Mallard v. Eli Lilly & Co., et al.~~ Opposed 8/2/06
  ~~ALM 2 06-542~~                 ~~Patricia Segrest v. Eli Lilly & Co., et al.~~ Opposed 8/2/06

CALIFORNIA NORTHERN
  CAN 3  06-546                    John Jones v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-554                    Casey Jones, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-560                    Tracy Martin v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-563                    James Miller, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-576                    Emanuel Johnson, Jr., et al. v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-581                    Cheryl Cole, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-583                    Marisa Castillo v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-584                    Stephen Carr v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-593                    Herman McAfee v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-594                    Andre Senay v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-595                    Amesha Thorne v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-596                    Faith McConnell v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-597                    Patti Cato, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-605                    Wendy Melebeck v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-607                    Cynthia Crockett v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-617                    James Martin v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-619                    Rodney Davis v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-641                    Dorothy McGee, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 4  06-603                    Lori Brendgard v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 4  06-612                    Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 4  06-616                    Jeanette Severi v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 4  06-656                    Corde Williams v. AstraZeneca Pharmaceuticals, LP, et al.

ILLINOIS SOUTHERN
  ILS  3  06-411                   Meghan Knobe v. Eli Lilly & Co.

INDIANA SOUTHERN
  INS  1  06-992                   Sandra Strange v. Eli Lilly & Co.

MISSISSIPPI NORTHERN
  MSN 2  06-102                    Robert Towns v. Eli Lilly & Co.

NEW YORK SOUTHERN
  NYS  1  06-4134                  Earnest Smith, et al. v. Eli Lilly & Co.

PENNSYLVANIA EASTERN
  PAE  2  06-2290                  Harold T. Moore v. Eli Lilly & Co.
  PAE  2  06-2457                  Troy D. Gillenwater v. Eli Lilly & Co.
  PAE  2  06-2601                  Margaret R. Dennis v. Eli Lilly & Co.
  PAE  2  06-2683                  Crystal McVea v. Eli Lilly & Co.

# SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ALABAMA MIDDLE**
~~ALM 2 06-481~~          ~~Mary Mallard v. Eli Lilly & Co., et al.~~ Opposed 8/2/06
~~ALM 2 06-542~~          ~~Patricia Segrest v. Eli Lilly & Co., et al.~~ Opposed 8/2/06

**CALIFORNIA NORTHERN**
CAN 3 06-546     John Jones v. AstraZeneca Pharmaceuticals, LP, et al.   06-CV-4655
CAN 3 06-554     Casey Jones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4656
CAN 3 06-560     Tracy Martin v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4657
CAN 3 06-563     James Miller, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4658
CAN 3 06-576     Emanuel Johnson, Jr., et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4659
CAN 3 06-581     Cheryl Cole, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4660
CAN 3 06-583     Marisa Castillo v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4661
CAN 3 06-584     Stephen Carr v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4662
CAN 3 06-593     Herman McAfee v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4663
CAN 3 06-594     Andre Senay v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4664
CAN 3 06-595     Amesha Thorne v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4665
CAN 3 06-596     Faith McConnell v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4666
CAN 3 06-597     Patti Cato, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4667
CAN 3 06-605     Wendy Melebeck v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4668
CAN 3 06-607     Cynthia Crockett v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4669
CAN 3 06-617     James Martin v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4670
CAN 3 06-619     Rodney Davis v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4671
CAN 3 06-641     Dorothy McGee, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4672
CAN 4 06-603     Lori Brendgard v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4673
CAN 4 06-612     Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4674
CAN 4 06-616     Jeanette Severi v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4675
CAN 4 06-656     Corde Williams v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4676

**ILLINOIS SOUTHERN**
ILS 3 06-411     Meghan Knobe v. Eli Lilly & Co. 06-CV-4677

**INDIANA SOUTHERN**
INS 1 06-992     Sandra Strange v. Eli Lilly & Co. 06-CV-4678

**MISSISSIPPI NORTHERN**
MSN 2 06-102     Robert Towns v. Eli Lilly & Co. 06-CV-4679

**NEW YORK SOUTHERN**
NYS 1 06-4134    Earnest Smith, et al. v. Eli Lilly & Co. 06-CV-4680

**PENNSYLVANIA EASTERN**
PAE 2 06-2290    Harold T. Moore v. Eli Lilly & Co. 06-CV-4681
PAE 2 06-2457    Troy D. Gillenwater v. Eli Lilly & Co. 06-CV-4682
PAE 2 06-2601    Margaret R. Dennis v. Eli Lilly & Co. 06-CV-4683
PAE 2 06-2683    Crystal McVea v. Eli Lilly & Co. 06-CV-4684